Levy Ely, *Respondent, v.* Hiram W. Bardin, *Appellant.* — Motion for leave to go to the Court of Appeals and for reargument denied, with ten dollars costs.

James C. Rogers, *as Administrator, etc., Appellant, v.* Charles B. Guy and Wallace Elliot, *Respondents.* — Motion for reargument denied, with ten dollars costs.

John Calhoun, *Respondent, v.* James D. Hallen, *Appellant.* — Motion for leave to go to Court of Appeals and for reargument and to modify order denied, with ten dollars costs.

Casper J. Hallenbeck, *Respondent, v.* John P. Collier, *Appellant.* — Motion for reargument denied, with ten dollars costs.

Catharine Stewart and Daniel Carmichael, *Respondents, v.* Richard H. Mitchell and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements.

S. Visscher Talcott, *Respondent, v.* Abraham Van Vechten, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

Orlando P. Mixter, *Respondent, v.* Elvira J. Mixter, *as Executrix, etc., Appellant.* — Judgment affirmed. Opinion by Rumsey, J.

Norris G. Woodward, *as Overseer, etc., v.* George Straat.

Same *v.* Abner Hobart.

Same *v.* Joseph Maplethorp. Order in each of the three cases affirmed, with ten dollars costs and printing disbursements.

Nicholas Sigsbee, *Appellant, v.* Benjamin E. Smith and others, *Respondents.* — Judgment on demurrer reversed with costs, and demurrer overruled with costs, with leave to answer over in twenty days on payment of costs. Opinion by Learned, P. J.

William J. McKie *v.* Grace Quinlan. — Decree reversed, with costs against respondent, and issues ordered to be tried at Sullivan Circuit. Ordered to be settled by Learned, P. J. Opinion by Learned, P. J.

The People of the State of New York, *Respondents, v.* Julia Coffee, *Appellant.* — Order affirmed.

Olin S. Luffman, *Respondent, v.* Robert T. Hoy, *Appellant.* — Judgment reversed on question of law and fact; referee discharged; costs to abide event. Opinion by Learned, P. J.

Henry Thompson and Andrew J. Merithew, *as Trustees, etc., Appellants, v.* Barzillai Hodskin and Archibald Huntress, *Respondents.* — Judgment affirmed, with costs against plaintiffs personally. Opinion by Learned, P. J.

William Youmans, *Appellant, v.* McKendrie N. Dodge and Augustus Dodge, *Respondents.* — Judgment reversed; new trial granted; referee discharged; costs to abide event.